UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES WASHINGTON,

      Plaintiff,

v.                                                  CASE NO. 03-72581
                                                HON. LAWRENCE P. ZATKOFF

EXPO.COMPANY KIRCHNER
GMGH & CO. KG., a German Corporation,

      Defendant.
_____/

## ORDER RESCHEDULING DEFAULT HEARING

      This matter is before the Court on Plaintiff's Motion for Entry of Default against Defendant. A hearing is scheduled on this motion for November 14, 2006. However, Plaintiff has not been able to serve notice on Defendant concerning the entry of default and the upcoming hearing because all materials served upon Defendant need to be translated to German. As a result, Plaintiff's now request the Court to adjourn the scheduled hearing for another 90 to 120 days. In light of the fact that Defendant has not been served, the November 14, 2006 hearing is HEREBY ADJOURNED for 120 days (March 15, 2007 at 10:30) from the date of this Order. In that time, Plaintiff shall be permitted to re-file his Motion for Entry of Default in order to reduce the amount of pages to be translated.

      IT IS SO ORDERED.

                                                      S/Lawrence P. Zatkoff
                                                      LAWRENCE P. ZATKOFF
                                                      UNITED STATES DISTRICT JUDGE

Dated: November 12, 2006

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on November 12, 2006.

                                      S/Marie E. Verlinde  
                                      Case Manager  
                                      (810) 984-3290